

WHETHER THE AIR FORCE COURT ABUSED ITS DISCRETION IN FINDING THE EVIDENCE LEGALLY SUFFICIENT TO SUPPORT A CONVICTION FOR LARCENY FROM THE AIR FORCE.

Briefs will be filed under Rule 25.

No. 14–0265/CG. U.S. v. Jaason Leahr. CCA 1365. On consideration of Appellant's motion to attach documents, and that the proffered documents have already been attached to the record by the Court of Criminal Appeals, it is ordered that said motion is hereby denied as moot.

Friday, January 31, 2014

No. 14–5002/AF. U.S. v. Michael C. McPherson. CCA S32068. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

WHETHER ARTICLE 12, UCMJ, APPLIES TO THE CIRCUMSTANCE WHERE AN ACCUSED AND/OR CONVICTED MEMBER OF THE ARMED FORCES IS CONFINED IN IMMEDIATE ASSOCIATION WITH FOREIGN NATIONALS IN A STATE OR FEDERAL FACILITY WITHIN THE CONTINENTAL LIMITS OF THE UNITED STATES.

Misc. No. 14–8009/AF. John C. Calhoun, Appellant v. United States, Appellee. CCA 37274. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on December 17, 2013 and placed on the docket this 31st day of January, 2014. On consideration thereof, it is ordered that said writ-appeal petition is hereby denied.

No. 13–0595/AF. U.S. v. Phillip T. Burleigh. CCA 37652. On consideration of the second motion for leave to withdraw filed by Captain Christopher James, USAF,

requesting to withdraw from representation as appellate defense counsel, and on consideration of Appellant's letter of August 5, 2013, requesting to defend himself, and his subsequent refusals to cooperate with Captain James, it appears that Appellant no longer desires representation by any Air Force counsel and wishes to represent himself in this case. Accordingly, it is, ordered that said motion for leave to withdraw as appellate defense counsel is hereby granted. It is further ordered that Appellant has 30 days to submit matters to this Court, and that the supplement filed by Captain James with the Court on September 3, 2013, will not be considered by the Court unless Appellant specifically consents to its consideration.

No. 14–0049/AR. U.S. v. Robert A. Warren. CCA 20100914. Appellant's motion to file the supplement under seal and motion to file the sealed supplement out of time are granted.